■ EVELYN L. BROWNE, Appellant, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA et al., Respondents. LENA BUREY, Also Known as LENA B. BROWNE, et al., Respondents, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA et al., Appellants.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Botein, Rabin, Cox and Valente, JJ.

■ In the Matter of PAULA RUDOLFER, as Executrix of FRED RUDOLFER, Deceased, Appellant, against HUDSON SHIPPING Co., INC., Respondent.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.